## CENTRAL OF GA. RY. CO. v. CRANE.

(Decided November 12th, 1914.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. C. B. SMITH.

LONDON & FITTS and W. S. BROWER, for appellant. J. T. ROACH and ARTHUR L. BROWN, for appellee.

PELHAM, P. J.—Affirmed in part, and reversed and remanded in part conditionally. See 66 South. 604 and 65 South. 866.